UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIVINE SON IRVIS,

　　　　　　Petitioner,

　v.

UNITED STATES OF AMERICA,

　　　　　　Respondent.

C20-954 TSZ
[related to CR15-205]

MINUTE ORDER

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Petitioner having filed a motion under 28 U.S.C. § 2255 to vacate his conviction and set aside his sentence, and the United States Attorney having already appeared in this action, the Court DIRECTS as follows:

　　　　　(a)　Within thirty-five (35) days of the date of this Order, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts.  The United States shall note the Answer for consideration on the fourth Friday after it is filed.

　　　　　(b)　Petitioner may file and serve a response not later than on the Monday immediately preceding the noting date of the Answer.  The United States may file and serve a reply brief not later than on the Thursday immediately preceding the noting date.

　　　　　(c)　If no Answer is timely filed, the Court will deem petitioner's § 2255 motion ready for consideration on July 31, 2020.  The Clerk is directed to NOTE petitioner's § 2255 motion, docket no. 1, for July 31, 2020.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2